UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANGEL RAMOS,

    Plaintiff,

v.                                        Case No:   2:14-cv-697-FtM-38DNF

CLEVELAND ALVIN BLOCKER, SR.
and CAROLYN BLOCKER,

    Defendants.
_____/

### **ORDER**[1]

    This matter comes before the Court on Plaintiff Angel Ramos and Defendants Cleveland Alvin Blocker, Sr. and Carolyn Blocker's Stipulation of Dismissal With Prejudice (Doc. #12) filed on April 10, 2015.

    Plaintiff brought this action against Defendants under the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.*, to recovery unpaid overtime compensation. (Doc. #1 at ¶¶ 1, 15-26). The parties now inform the Court that Plaintiff's claim against Defendants have been resolved in full without compromise. (Doc. #12). The Court thus does not need to approve the settlement for fairness. See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982); King v. My Online Neighborhood, Inc., No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)).

Moreover, Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). To that end, the parties dismiss this case with prejudice under Rule 41(a)(1)(A)(ii); and both parties have signed the Stipulation for Dismissal. (Doc. #12). The Court, therefore, dismisses the case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Angel Ramos and Defendants Cleveland Alvin Blocker, Sr. and Carolyn Blocker's Stipulation of Dismissal With Prejudice (Doc. #12) is **GRANTED**.

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of April, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record